■ RONALD L. WALDRON, Appellant, v LUTHERAN SOCIAL SERVICES OF UPPER NEW YORK, INC., et al., Respondents. (Appeal No. 2.) [617 NYS2d 665] —Appeal unanimously dismissed without costs *(see, Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988; *see also,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Chautauqua County, Cass, Jr., J.—Defamation.) Present—Green, J. P., Fallon, Wesley, Doerr and Boehm, JJ.

■ HIGBIE FARM SUPPLIES, INC., Respondent, v STATE OF NEW YORK, Appellant. (Claim No. 77600.) [617 NYS2d 683] —Judgment unanimously affirmed with costs for reasons stated in decision at Court of Claims, McMahon, J. (Appeal from Judgment of Court of Claims, McMahon, J.—Eminent Domain.) Present—Green, J. P., Fallon, Wesley, Doerr and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CORNELIUS JAMES, Appellant. [617 NYS2d 699] —Case held, decision reserved and matter remitted to Niagara County Court for further proceedings in accordance with the following Memorandum: Because the record does not establish whether defendant was present at the *Sandoval* conference, we reserve decision and remit the matter to Niagara County Court for a reconstruction hearing to expand the record and to determine whether defendant was present *(see, People v Michalek,* 82 NY2d 906; *People v Odiat,* 82 NY2d 872; *People v Koberstein,* 206 AD2d 928; *People v Mitchell,* 189 AD2d 337). (Appeal from Judgment of Niagara County Court, Hannigan, J.—Criminal Possession Controlled Substance, 3rd Degree.) Present—Denman, P. J., Green, Fallon, Wesley and Doerr, JJ.